## Commonwealth *v.* Beamer, Appellant.

Submitted June 9,

1975. *Theodore S. Danforth*, Public Defender, for appellant; *Louise G. Herr*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.